*Castleman, James W. Stites, Ernest Woodward* and *Squire R. Ogden* for petitioners. *Messrs. Frank E. Wood, Robert S. Marx, Harry Kasfir* and *John F. Anderson* for respondent.

No. 195. Taub et al. *v.* Bowles, Price Administrator. October 8, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Irwin Geiger* and *Max O'Rell Truitt* for petitioners. *Acting Solicitor General Judson* and *Mr. Richard H. Field* for respondent.

No. 199. Hale *v.* United States. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Leonard L. Lockard* for petitioner. *Acting Solicitor General Judson* and *Mr. Robert S. Erdahl* for the United States.

No. 202. Standard Register Co. *v.* American Sales Book Co., Inc. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Samuel E. Darby, Jr., W. B. Turner* and *Marston Allen* for petitioner. *Messrs. Stephen H. Philbin* and *William J. Barnes* for respondent.

No. 210. P. G. Lake, Inc. *v.* Commissioner of Internal Revenue. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, Newton K. Fox, Walter J.*

*Cummings, Jr.* and *Miss Helen R. Carloss* for respondent.

No. 211. COSTELLO ET AL. *v.* COSTELLO ET AL. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Frederick J. Rice* and *William E. Leahy* for petitioners. *Mr. John F. Hillyard* for respondents.

No. 212. GENECOV *v.* TEXAS ET AL. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. Gabriel Hawkins Golden* and *Joel Manuel Hoppenstein* for petitioner.

No. 213. BADENHAUSEN ET AL. *v.* GLAZEBROOK ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Abraham Mitnovetz* for petitioners. *Messrs. Edwin S. S. Sunderland, Thomas O'G. FitzGibbon, H. P. Adair, Carlyle Barton, Irwin L. Tappen, Olin E. Watts, William H. Rogers* and *Leonard D. Adkins* for respondents.

No. 214. JACKSON & PERKINS Co. *v.* MUSHROOM TRANSPORTATION Co., INC. ET AL. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Austin F. Canfield* for petitioner. *Messrs. Lemuel B. Schofield* and *W. Bradley Ward* for the Mushroom Transportation Co., and *Mr. Thomas F. Gain* for Bickley, respondents.